# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| Maria V. <br><br> Plaintiff(s) <br><br> v. <br><br> ANDREW SAUL <br><br> Defendant(s) | Case Number <br> 20-cv-00586-JLB <br><br><br> **ORDER RE REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: Sep 1, 2020

*/s/ Jill Burkhardt*
Jill L. Burkhardt
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other:
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to

Comments:

Dated: _____

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

Dated: _____

_____
United States District Judge